U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2019 APR 17 PM 1: 26

CLERK
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| DARRYL HENDRICKSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VERMONT DEPARTMENT OF ) <br> CORRECTIONS, GIOVANNA ) <br> ZACCARIA, RICH BURNS, and EMILY ) <br> TREDEAU, ) <br> ) <br> Defendants. ) | Case No. 5:18-cv-158 |

## ORDER ACCEPTING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendations (Doc. 10) submitted in this matter by Magistrate Judge Conroy. The Report and Recommendations are thorough and well-grounded in the law. The court adopts the Report and Recommendations.

As recommended by Judge Conroy, the proposed Complaint shall be DISMISSED with leave to amend within 30 days of the Court's order (May 17, 2019). In the event an Amended Complaint is not filed within 30 days of the Court's order on this Report and Recommendation, this matter will be closed.

Dated at Rutland, in the District of Vermont, this 17th day of April, 2019.

Geoffrey W. Crawford, Chief Judge
United States District Court